UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 11-312 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| TIMOTHY GARRISON, | ) |
| | ) |
| Defendant. | ) |

<u>Offense charged</u>: Felon in Possession of a Firearm (Four counts)

<u>Date of Detention Hearing</u>: July 5, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant, having previously been convicted in this Court of the offense of Mail

DETENTION ORDER
PAGE -1

Fraud, is charged with four counts of Possessing a Firearm. The firearms, and 6000 rounds of ammunition, including hollow-point bullets, were allegedly found in his home during the execution of a search warrant.

2. The AUSA proffers that, according to documents found during the search of defendant's residence, defendant allegedly has sent documents to numerous law enforcement and government agencies, including a Complaint sent in 2010 to the United States Marshals Service, expressing his right to effect an arrest by use of force against any public official who acts to enforce state or federal laws against him, and disputing the authority of the government to arrest him. He allegedly claims status as a foreign diplomat and says that he is not a citizen of the United States.

3. Defendant poses a risk of nonappearance due to some unverified background information, and concerns that he would not abide by this Court's orders. He poses a risk of danger due to the nature of the instant offense and comments regarding defiance of other law enforcement authorities and allegedly asserting the right to use force against those officials.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 5th day of July, 2011.

*signature*

Mary Alice Theiler
United States Magistrate Judge